IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Scott Eugene Gilpin - #133782

CV 10 80 174 MISC

**ORDER TO SHOW CAUSE**

It appearing that Scott Eugene Gilpin has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective June 11, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 20, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Scott Eugene Gilpin
3515 Grand Ave 2nd FL
PO Box 16099
Oakland, CA 94610