FILED

AUG 3 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:               No CV 10 80174 MISC VRW

Scott Eugene Gilpin,
                                ORDER
    State Bar No 133782
_____/

    On July 14, 2010, the court issued an order to show cause (OSC) why Scott Eugene Gilpin should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective June 11, 2010.

    The OSC was mailed to Mr Gilpin's address of record with the State Bar on July 16, 2010. A written response was due on or before August 20, 2010. No response to the OSC has been filed as of this date.

    The court now orders Scott Eugene Gilpin removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Scott Eugene Gilpin,

_____/

Case Number: CV10-80174   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Eugene Gilpin
3515 Grand Ave. 2nd Floor
PO Box 16099
Oakland, CA 94610

Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*